

OFFICE OF THE DISTRICT ATTORNEY
WESTCHESTER COUNTY

WESTCHESTER COUNTY COURTHOUSE
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
(914) 995-3414

ANTHONY A. SCARPINO, JR.
DISTRICT ATTORNEY

Granted.
Clerk shall close Dkt. #14.

# MEMO ENDORSED

March 12, 2019

Honorable Paul E. Davison, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge
1/8/20

Re:   *Ward v. Gerbing et al.*
      19 Civ. 00547 (VB)(PED)
      LETTER MOTION for Sealing Order

Dear Judge Davison:

As you know, this Office represents the respondent in the above matter.

I hereby request an Order of this Court directing the Clerk of the Court to accept the filing of Respondents' Exhibits 2-A and 2-B under seal.

Respondents' Exhibit 2-A is a copy of the Pre-sentence Report utilized in sentencing the petitioner; Respondent's Exhibit 2-B is a copy of same redacted for personal identifying information.

Sealing is sought because N.Y.Crim.Proc.Law §390.50 directs that the Pre-Sentence Report shall be confidential and because that document contains personal identifying information.

I will serve counsel for the petitioner, in confidence, with a copy of Exhibit 2-B.

Thank you for your attention to this matter.

Respectfully submitted,

ANTHONY A. SCARPINO, Jr.
DISTRICT ATTORNEY.

John J. Sergi (JS 8992)
Assistant District Attorney

cc:   Jessica Wilson, Esq.
      Counsel for Petitioner
      (By ECF)