**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SEAN WARD,

                     Petitioner,                           19 **CIVIL** 547 (VB)

       -against-                                 **JUDGMENT**

KATHLEEN GERBING and the ATTORNEY
GENERAL OF THE STATE OF NEW YORK,

                     Respondents.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 12, 2022, the R&R is adopted as the opinion of the Court, and the petition for a writ of habeas corpus is DENIED. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
          August 12, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                          **BY:**       _K. Mango_
                                                  **Deputy Clerk**